ANDREW M. WOLFENSON, ESQ
2414 MORRIS AVENUE
UNION, NJ  07083

Re:  DIEGO E PADILLA  
MERECA FRANCO  
220 ATLANTIC STREET  
ELIZABETH,  NJ  07206

Atty:  ANDREW M. WOLFENSON, ESQ  
2414 MORRIS AVENUE  
UNION, NJ  07083

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 21-18263

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $36,000.00**

### RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/02/2021 | $600.00 | 8058289000 | 12/01/2021 | $600.00 | 8115691000 |
| 12/27/2021 | $600.00 | 8166108000 | | | |

**Total Receipts: $1,800.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,800.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 90.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,500.00 | 100.00% | 0.00 | 1,500.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,938.28 | * | 0.00 | |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 833.28 | * | 0.00 | |
| 0003 | DISCOVER BANK | UNSECURED | 16,875.85 | * | 0.00 | |
| 0004 | HOME DEPOT CREDIT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0008 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 967.79 | 100.00% | 0.00 | |
| 0010 | WELLS FARGO CARD SERVICES | UNSECURED | 14,968.43 | * | 0.00 | |
| 0013 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0014 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,499.02 | * | 0.00 | |
| 0015 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 5,346.54 | * | 0.00 | |
| 0016 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,352.95 | * | 0.00 | |
| 0017 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 4,812.52 | * | 0.00 | |
| 0018 | DISCOVER BANK | UNSECURED | 3,221.88 | * | 0.00 | |
| 0019 | WELLS FARGO CARD SERVICES | UNSECURED | 15,273.61 | * | 0.00 | |

**Total Paid: $90.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $1,800.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $90.00    =    Funds on Hand: $1,710.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.