ANDREW M. WOLFENSON, ESQ  
2414 MORRIS AVENUE  
UNION, NJ  07083

Re:  DIEGO E PADILLA            Atty:  ANDREW M. WOLFENSON, ESQ  
MERECA FRANCO                       2414 MORRIS AVENUE  
220 ATLANTIC STREET                 UNION, NJ  07083  
ELIZABETH,  NJ  07206

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 21-18263

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $36,000.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/02/2021 | $600.00 | 8058289000 | 12/01/2021 | $600.00 | 8115691000 |
| 12/27/2021 | $600.00 | 8166108000 | 01/31/2022 | $600.00 | 8242884000 |
| 02/28/2022 | $600.00 | 8305281000 | 04/07/2022 | $600.00 | |
| 05/09/2022 | $600.00 | | 06/07/2022 | $600.00 | |
| 07/08/2022 | $600.00 | | 08/08/2022 | $600.00 | |
| 09/08/2022 | $600.00 | | 10/07/2022 | $600.00 | |
| 11/07/2022 | $600.00 | | 12/07/2022 | $600.00 | |
| 01/10/2023 | $600.00 | | | | |

**Total Receipts: $9,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $9,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | | |
| | 08/15/2022 | $93.23 | 895,883 | | 08/15/2022 | $72.11 | 895,883 |
| | 09/19/2022 | $16.49 | 897,486 | | 09/19/2022 | $12.75 | 897,486 |
| | 10/17/2022 | $16.13 | 899,159 | | 10/17/2022 | $12.48 | 899,159 |
| | 11/14/2022 | $16.13 | 900,736 | | 11/14/2022 | $12.46 | 900,736 |
| | 12/12/2022 | $16.14 | 902,291 | | 12/12/2022 | $12.49 | 902,291 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 08/15/2022 | $231.52 | 895,970 | | 08/15/2022 | $257.20 | 895,970 |
| | 08/15/2022 | $40.08 | 895,970 | | 09/19/2022 | $45.44 | 897,567 |
| | 09/19/2022 | $7.09 | 897,567 | | 09/19/2022 | $40.90 | 897,567 |
| | 10/17/2022 | $44.53 | 899,234 | | 10/17/2022 | $6.94 | 899,234 |
| | 10/17/2022 | $40.05 | 899,234 | | 11/14/2022 | $44.48 | 900,810 |
| | 11/14/2022 | $6.93 | 900,810 | | 11/14/2022 | $40.07 | 900,810 |
| | 12/12/2022 | $44.51 | 902,366 | | 12/12/2022 | $6.94 | 902,366 |
| | 12/12/2022 | $40.06 | 902,366 | | | | |

**Chapter 13 Case # 21-18263**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 08/15/2022 | $155.00 | 896,062 | | 08/15/2022 | $811.86 | 896,062 |
| | 09/19/2022 | $143.42 | 897,670 | | 09/19/2022 | $27.38 | 897,670 |
| | 10/17/2022 | $140.46 | 899,327 | | 10/17/2022 | $26.82 | 899,327 |
| | 11/14/2022 | $140.48 | 900,907 | | 11/14/2022 | $26.82 | 900,907 |
| | 12/12/2022 | $140.46 | 902,451 | | 12/12/2022 | $26.80 | 902,451 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 08/15/2022 | $161.31 | 8,002,997 | | 09/19/2022 | $28.50 | 8,003,048 |
| | 10/17/2022 | $27.91 | 8,003,103 | | 11/14/2022 | $27.90 | 8,003,148 |
| | 12/12/2022 | $27.91 | 8,003,201 | | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 02/14/2022 | $210.00 | 885,271 | | 03/14/2022 | $570.00 | 887,010 |
| | 04/18/2022 | $187.79 | 888,664 | | | | |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 08/15/2022 | $720.11 | 896,870 | | 08/15/2022 | $734.79 | 896,870 |
| | 09/19/2022 | $127.21 | 898,560 | | 09/19/2022 | $129.81 | 898,560 |
| | 10/17/2022 | $124.58 | 900,155 | | 10/17/2022 | $127.12 | 900,155 |
| | 11/14/2022 | $124.60 | 901,730 | | 11/14/2022 | $127.13 | 901,730 |
| | 12/12/2022 | $124.58 | 903,248 | | 12/12/2022 | $127.12 | 903,248 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 407.98 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,938.28 | * | 158.12 | |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 833.28 | * | 67.98 | |
| 0003 | DISCOVER BANK | UNSECURED | 16,875.85 | * | 1,376.68 | |
| 0004 | HOME DEPOT CREDIT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0008 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 967.79 | 100.00% | 967.79 | |
| 0010 | WELLS FARGO CARD SERVICES | UNSECURED | 14,968.43 | * | 1,221.08 | |
| 0013 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0014 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,499.02 | * | 122.29 | |
| 0015 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 5,346.54 | * | 436.16 | |
| 0016 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,352.95 | * | 273.53 | |
| 0017 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 4,812.52 | * | 392.60 | |
| 0018 | DISCOVER BANK | UNSECURED | 3,221.88 | * | 262.82 | |
| 0019 | WELLS FARGO CARD SERVICES | UNSECURED | 15,273.61 | * | 1,245.97 | |

**Total Paid:  $8,433.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $9,000.00   -   Paid to Claims: $6,525.02   -   Admin Costs Paid: $1,907.98   =   Funds on Hand: $567.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.