ANDREW M. WOLFENSON, ESQ
2414 MORRIS AVENUE
UNION, NJ  07083

Re:  DIEGO E PADILLA  
MERECA FRANCO  
220 ATLANTIC STREET  
ELIZABETH,  NJ  07206

Atty:  ANDREW M. WOLFENSON, ESQ  
2414 MORRIS AVENUE  
UNION, NJ  07083

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
### Chapter 13 Case # 21-18263

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $36,000.00**

## RECEIPTS AS OF 01/01/2024   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/02/2021 | $600.00 | 8058289000 | 12/01/2021 | $600.00 | 8115691000 |
| 12/27/2021 | $600.00 | 8166108000 | 01/31/2022 | $600.00 | 8242884000 |
| 02/28/2022 | $600.00 | 8305281000 | 04/07/2022 | $600.00 | |
| 05/09/2022 | $600.00 | | 06/07/2022 | $600.00 | |
| 07/08/2022 | $600.00 | | 08/08/2022 | $600.00 | |
| 09/08/2022 | $600.00 | | 10/07/2022 | $600.00 | |
| 11/07/2022 | $600.00 | | 12/07/2022 | $600.00 | |
| 01/10/2023 | $600.00 | | 02/07/2023 | $600.00 | |
| 03/07/2023 | $600.00 | | 04/07/2023 | $600.00 | |
| 05/08/2023 | $600.00 | | 06/07/2023 | $600.00 | |
| 07/10/2023 | $600.00 | | 08/07/2023 | $600.00 | |
| 09/08/2023 | $600.00 | | 10/10/2023 | $600.00 | |
| 11/07/2023 | $600.00 | | 12/07/2023 | $600.00 | |

**Total Receipts:  $15,600.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $15,600.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 08/15/2022 | $93.23 | 895,883 | 08/15/2022 | $72.11 | 895,883 |
| | 09/19/2022 | $16.49 | 897,486 | 09/19/2022 | $12.75 | 897,486 |
| | 10/17/2022 | $16.13 | 899,159 | 10/17/2022 | $12.48 | 899,159 |
| | 11/14/2022 | $16.13 | 900,736 | 11/14/2022 | $12.46 | 900,736 |
| | 12/12/2022 | $16.14 | 902,291 | 12/12/2022 | $12.49 | 902,291 |
| | 02/13/2023 | $32.27 | 905,299 | 02/13/2023 | $24.95 | 905,299 |
| | 03/13/2023 | $16.12 | 906,913 | 03/13/2023 | $12.48 | 906,913 |
| | 04/17/2023 | $16.14 | 908,498 | 04/17/2023 | $12.48 | 908,498 |
| | 05/15/2023 | $15.96 | 910,130 | 05/15/2023 | $12.33 | 910,130 |
| | 06/12/2023 | $15.97 | 911,592 | 06/12/2023 | $12.35 | 911,592 |

**Chapter 13 Case # 21-18263**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 07/17/2023 | $15.95 | 913,105 | | 07/17/2023 | $12.35 | 913,105 |
| | 08/14/2023 | $15.98 | 914,621 | | 08/14/2023 | $12.34 | 914,621 |
| | 09/18/2023 | $15.94 | 916,122 | | 09/18/2023 | $12.35 | 916,122 |
| | 10/16/2023 | $15.73 | 917,615 | | 10/16/2023 | $12.15 | 917,615 |
| | 11/13/2023 | $15.69 | 919,045 | | 11/13/2023 | $12.14 | 919,045 |
| | 12/11/2023 | $15.71 | 920,467 | | 12/11/2023 | $12.15 | 920,467 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 08/15/2022 | $231.52 | 895,970 | | 08/15/2022 | $257.20 | 895,970 |
| | 08/15/2022 | $40.08 | 895,970 | | 09/19/2022 | $45.44 | 897,567 |
| | 09/19/2022 | $7.09 | 897,567 | | 09/19/2022 | $40.90 | 897,567 |
| | 10/17/2022 | $44.53 | 899,234 | | 10/17/2022 | $6.94 | 899,234 |
| | 10/17/2022 | $40.05 | 899,234 | | 11/14/2022 | $44.48 | 900,810 |
| | 11/14/2022 | $6.93 | 900,810 | | 11/14/2022 | $40.07 | 900,810 |
| | 12/12/2022 | $44.51 | 902,366 | | 12/12/2022 | $6.94 | 902,366 |
| | 12/12/2022 | $40.06 | 902,366 | | 02/13/2023 | $89.00 | 905,378 |
| | 02/13/2023 | $13.87 | 905,378 | | 02/13/2023 | $80.11 | 905,378 |
| | 03/13/2023 | $44.50 | 906,991 | | 03/13/2023 | $6.93 | 906,991 |
| | 03/13/2023 | $40.03 | 906,991 | | 04/17/2023 | $44.50 | 908,577 |
| | 04/17/2023 | $6.94 | 908,577 | | 04/17/2023 | $40.08 | 908,577 |
| | 05/15/2023 | $44.03 | 910,198 | | 05/15/2023 | $6.86 | 910,198 |
| | 05/15/2023 | $39.63 | 910,198 | | 06/12/2023 | $44.03 | 911,662 |
| | 06/12/2023 | $6.87 | 911,662 | | 06/12/2023 | $39.63 | 911,662 |
| | 07/17/2023 | $44.03 | 913,183 | | 07/17/2023 | $6.85 | 913,183 |
| | 07/17/2023 | $39.63 | 913,183 | | 08/14/2023 | $44.03 | 914,701 |
| | 08/14/2023 | $6.87 | 914,701 | | 08/14/2023 | $39.63 | 914,701 |
| | 09/18/2023 | $44.03 | 916,197 | | 09/18/2023 | $6.86 | 916,197 |
| | 09/18/2023 | $39.64 | 916,197 | | 10/16/2023 | $43.32 | 917,679 |
| | 10/16/2023 | $6.75 | 917,679 | | 10/16/2023 | $38.99 | 917,679 |
| | 11/13/2023 | $43.33 | 919,117 | | 11/13/2023 | $6.75 | 919,117 |
| | 11/13/2023 | $39.00 | 919,117 | | 12/11/2023 | $43.32 | 920,534 |
| | 12/11/2023 | $6.75 | 920,534 | | 12/11/2023 | $39.00 | 920,534 |
| DISCOVER BANK | | | | | | | |
| | 08/15/2022 | $155.00 | 896,062 | | 08/15/2022 | $811.86 | 896,062 |
| | 09/19/2022 | $143.42 | 897,670 | | 09/19/2022 | $27.38 | 897,670 |
| | 10/17/2022 | $140.46 | 899,327 | | 10/17/2022 | $26.82 | 899,327 |
| | 11/14/2022 | $140.48 | 900,907 | | 11/14/2022 | $26.82 | 900,907 |
| | 12/12/2022 | $140.46 | 902,451 | | 12/12/2022 | $26.80 | 902,451 |
| | 02/13/2023 | $280.92 | 905,477 | | 02/13/2023 | $53.65 | 905,477 |
| | 03/13/2023 | $140.48 | 907,088 | | 03/13/2023 | $26.80 | 907,088 |
| | 04/17/2023 | $140.44 | 908,693 | | 04/17/2023 | $26.83 | 908,693 |
| | 05/15/2023 | $138.99 | 910,293 | | 05/15/2023 | $26.53 | 910,293 |
| | 06/12/2023 | $138.97 | 911,766 | | 06/12/2023 | $26.53 | 911,766 |
| | 07/17/2023 | $138.98 | 913,286 | | 07/17/2023 | $26.53 | 913,286 |
| | 08/14/2023 | $138.97 | 914,804 | | 08/14/2023 | $26.55 | 914,804 |
| | 09/18/2023 | $138.98 | 916,299 | | 09/18/2023 | $26.52 | 916,299 |
| | 10/16/2023 | $136.74 | 917,776 | | 10/16/2023 | $26.11 | 917,776 |
| | 11/13/2023 | $136.76 | 919,223 | | 11/13/2023 | $26.10 | 919,223 |
| | 12/11/2023 | $136.75 | 920,638 | | 12/11/2023 | $26.11 | 920,638 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 08/15/2022 | $161.31 | 8,002,997 | | 09/19/2022 | $28.50 | 8,003,048 |
| | 10/17/2022 | $27.91 | 8,003,103 | | 11/14/2022 | $27.90 | 8,003,148 |
| | 12/12/2022 | $27.91 | 8,003,201 | | 02/13/2023 | $55.81 | 8,003,309 |
| | 03/13/2023 | $27.91 | 8,003,367 | | 04/17/2023 | $27.90 | 8,003,414 |
| | 05/15/2023 | $27.62 | 8,003,472 | | 06/12/2023 | $27.61 | 8,003,529 |
| | 07/17/2023 | $27.61 | 8,003,582 | | 08/14/2023 | $27.61 | 8,003,637 |
| | 09/18/2023 | $27.61 | 8,003,690 | | 10/16/2023 | $27.19 | 8,003,749 |
| | 11/13/2023 | $27.15 | 8,003,806 | | 12/11/2023 | $27.17 | 8,003,859 |

**Chapter 13 Case # 21-18263**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 02/14/2022 | $210.00 | 885,271 | | 03/14/2022 | $570.00 | 887,010 |
| | 04/18/2022 | $187.79 | 888,664 | | | | |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 08/15/2022 | $720.11 | 896,870 | | 08/15/2022 | $734.79 | 896,870 |
| | 09/19/2022 | $127.21 | 898,560 | | 09/19/2022 | $129.81 | 898,560 |
| | 10/17/2022 | $124.58 | 900,155 | | 10/17/2022 | $127.12 | 900,155 |
| | 11/14/2022 | $124.60 | 901,730 | | 11/14/2022 | $127.13 | 901,730 |
| | 12/12/2022 | $124.58 | 903,248 | | 12/12/2022 | $127.12 | 903,248 |
| | 02/13/2023 | $249.17 | 906,334 | | 02/13/2023 | $254.25 | 906,334 |
| | 03/13/2023 | $124.60 | 907,904 | | 03/13/2023 | $127.15 | 907,904 |
| | 04/17/2023 | $124.57 | 909,566 | | 04/17/2023 | $127.11 | 909,566 |
| | 05/15/2023 | $123.27 | 911,052 | | 05/15/2023 | $125.78 | 911,052 |
| | 06/12/2023 | $123.26 | 912,565 | | 06/12/2023 | $125.78 | 912,565 |
| | 07/17/2023 | $123.28 | 914,091 | | 07/17/2023 | $125.79 | 914,091 |
| | 08/14/2023 | $123.26 | 915,559 | | 08/14/2023 | $125.77 | 915,559 |
| | 09/18/2023 | $123.27 | 917,092 | | 09/18/2023 | $125.79 | 917,092 |
| | 10/16/2023 | $121.28 | 918,524 | | 10/16/2023 | $123.76 | 918,524 |
| | 11/13/2023 | $121.31 | 919,967 | | 11/13/2023 | $123.77 | 919,967 |
| | 12/11/2023 | $121.29 | 921,367 | | 12/11/2023 | $123.76 | 921,367 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 893.96 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,938.28 | * | 349.58 | |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 833.28 | * | 150.28 | |
| 0003 | DISCOVER BANK | UNSECURED | 16,875.85 | * | 3,043.66 | |
| 0004 | HOME DEPOT CREDIT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0008 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 967.79 | 100.00% | 967.79 | |
| 0010 | WELLS FARGO CARD SERVICES | UNSECURED | 14,968.43 | * | 2,699.64 | |
| 0013 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0014 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,499.02 | * | 270.36 | |
| 0015 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 5,346.54 | * | 964.28 | |
| 0016 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,352.95 | * | 604.72 | |
| 0017 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 4,812.52 | * | 867.97 | |
| 0018 | DISCOVER BANK | UNSECURED | 3,221.88 | * | 581.08 | |
| 0019 | WELLS FARGO CARD SERVICES | UNSECURED | 15,273.61 | * | 2,754.68 | |

**Total Paid: $15,648.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $15,600.00   -   Paid to Claims: $13,254.04   -   Admin Costs Paid: $2,393.96   =   Funds on Hand: $552.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.