ANDREW M. WOLFENSON, ESQ
2414 MORRIS AVENUE
UNION, NJ 07083

Re: DIEGO E PADILLA
MERECA FRANCO
220 ATLANTIC STREET
ELIZABETH, NJ 07206

Atty: ANDREW M. WOLFENSON, ESQ
2414 MORRIS AVENUE
UNION, NJ 07083

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 21-18263**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $36,000.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/02/2021 | $600.00 | 8058289000 | 12/01/2021 | $600.00 | 8115691000 |
| 12/27/2021 | $600.00 | 8166108000 | 01/31/2022 | $600.00 | 8242884000 |
| 02/28/2022 | $600.00 | 8305281000 | 04/07/2022 | $600.00 | |
| 05/09/2022 | $600.00 | | 06/07/2022 | $600.00 | |
| 07/08/2022 | $600.00 | | 08/08/2022 | $600.00 | |
| 09/08/2022 | $600.00 | | 10/07/2022 | $600.00 | |
| 11/07/2022 | $600.00 | | 12/07/2022 | $600.00 | |
| 01/10/2023 | $600.00 | | 02/07/2023 | $600.00 | |
| 03/07/2023 | $600.00 | | 04/07/2023 | $600.00 | |
| 05/08/2023 | $600.00 | | 06/07/2023 | $600.00 | |
| 07/10/2023 | $600.00 | | 08/07/2023 | $600.00 | |
| 09/08/2023 | $600.00 | | 10/10/2023 | $600.00 | |
| 11/07/2023 | $600.00 | | 12/07/2023 | $600.00 | |
| 01/09/2024 | $600.00 | | 02/07/2024 | $600.00 | |
| 03/07/2024 | $600.00 | | 04/08/2024 | $600.00 | |
| 05/07/2024 | $600.00 | | 06/07/2024 | $600.00 | |
| 07/09/2024 | $600.00 | | 08/07/2024 | $600.00 | |
| 09/10/2024 | $600.00 | | 10/07/2024 | $600.00 | |
| 11/07/2024 | $600.00 | | 12/09/2024 | $600.00 | |
| 01/08/2025 | $600.00 | | 02/07/2025 | $600.00 | |
| 03/04/2025 | $600.00 | I1MR6J4W2F-Plan | 03/07/2025 | $600.00 | |
| 05/02/2025 | $600.00 | I134GJRX4X-Plan | 06/03/2025 | $600.00 | I1XRLX6FHT-Plan |
| 07/01/2025 | $600.00 | I1XRLX6FHT-Plan | 08/01/2025 | $600.00 | I1XRLX6FHT-Plan |
| 09/03/2025 | $600.00 | I1XRLX6FHT-Plan | 10/01/2025 | $600.00 | I1XRLX6FHT-Plan |
| 11/03/2025 | $600.00 | I1XRLX6FHT-Plan | 12/02/2025 | $600.00 | I1XRLX6FHT-Plan |
| 01/02/2026 | $600.00 | I1XRLX6FHT-Plan | | | |

**Total Receipts: $30,600.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $30,600.00**

**Chapter 13 Case # 21-18263**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 08/15/2022 | $93.23 | 895,883 | 08/15/2022 | $72.11 | 895,883 |
| | 09/19/2022 | $16.49 | 897,486 | 09/19/2022 | $12.75 | 897,486 |
| | 10/17/2022 | $16.13 | 899,159 | 10/17/2022 | $12.48 | 899,159 |
| | 11/14/2022 | $16.13 | 900,736 | 11/14/2022 | $12.46 | 900,736 |
| | 12/12/2022 | $16.14 | 902,291 | 12/12/2022 | $12.49 | 902,291 |
| | 02/13/2023 | $32.27 | 905,299 | 02/13/2023 | $24.95 | 905,299 |
| | 03/13/2023 | $16.12 | 906,913 | 03/13/2023 | $12.48 | 906,913 |
| | 04/17/2023 | $16.14 | 908,498 | 04/17/2023 | $12.48 | 908,498 |
| | 05/15/2023 | $15.96 | 910,130 | 05/15/2023 | $12.33 | 910,130 |
| | 06/12/2023 | $15.97 | 911,592 | 06/12/2023 | $12.35 | 911,592 |
| | 07/17/2023 | $15.95 | 913,105 | 07/17/2023 | $12.35 | 913,105 |
| | 08/14/2023 | $15.98 | 914,621 | 08/14/2023 | $12.34 | 914,621 |
| | 09/18/2023 | $15.94 | 916,122 | 09/18/2023 | $12.35 | 916,122 |
| | 10/16/2023 | $15.73 | 917,615 | 10/16/2023 | $12.15 | 917,615 |
| | 11/13/2023 | $15.69 | 919,045 | 11/13/2023 | $12.14 | 919,045 |
| | 12/11/2023 | $15.71 | 920,467 | 12/11/2023 | $12.15 | 920,467 |
| | 02/12/2024 | $31.41 | 923,203 | 02/12/2024 | $24.29 | 923,203 |
| | 03/11/2024 | $15.71 | 924,659 | 03/11/2024 | $12.14 | 924,659 |
| | 04/15/2024 | $15.70 | 926,085 | 04/15/2024 | $12.15 | 926,085 |
| | 05/10/2024 | $15.70 | 927,567 | 05/10/2024 | $12.14 | 927,567 |
| | 06/17/2024 | $15.71 | 928,966 | 06/17/2024 | $12.16 | 928,966 |
| | 07/15/2024 | $16.23 | 930,456 | 07/15/2024 | $12.53 | 930,456 |
| | 08/19/2024 | $16.22 | 931,864 | 08/19/2024 | $12.54 | 931,864 |
| | 09/16/2024 | $16.22 | 933,329 | 09/16/2024 | $12.55 | 933,329 |
| | 10/21/2024 | $16.05 | 934,727 | 10/21/2024 | $12.42 | 934,727 |
| | 11/18/2024 | $16.04 | 936,208 | 11/18/2024 | $12.40 | 936,208 |
| | 12/16/2024 | $16.04 | 937,592 | 12/16/2024 | $12.42 | 937,592 |
| | 01/13/2025 | $16.06 | 939,031 | 01/13/2025 | $12.40 | 939,031 |
| | 02/10/2025 | $16.04 | 940,400 | 02/10/2025 | $12.42 | 940,400 |
| | 03/17/2025 | $16.04 | 941,781 | 03/17/2025 | $12.41 | 941,781 |
| | 04/14/2025 | $16.05 | 943,244 | 04/14/2025 | $12.41 | 943,244 |
| | 06/16/2025 | $16.22 | 946,092 | 06/16/2025 | $12.54 | 946,092 |
| | 07/14/2025 | $16.22 | 947,542 | 07/14/2025 | $12.54 | 947,542 |
| | 09/16/2025 | $16.22 | 950,261 | 09/16/2025 | $12.55 | 950,261 |
| | 10/20/2025 | $16.22 | 951,696 | 10/20/2025 | $12.54 | 951,696 |
| | 11/17/2025 | $16.22 | 953,169 | 11/17/2025 | $12.54 | 953,169 |
| | 12/15/2025 | $16.05 | 954,578 | 12/15/2025 | $12.42 | 954,578 |
| | 01/12/2026 | $16.05 | 955,995 | 01/12/2026 | $12.41 | 955,995 |

**Chapter 13 Case # 21-18263**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 08/15/2022 | $231.52 | 895,970 | 08/15/2022 | $257.20 | 895,970 |
| | 08/15/2022 | $40.08 | 895,970 | 09/19/2022 | $45.44 | 897,567 |
| | 09/19/2022 | $7.09 | 897,567 | 09/19/2022 | $40.90 | 897,567 |
| | 10/17/2022 | $44.53 | 899,234 | 10/17/2022 | $6.94 | 899,234 |
| | 10/17/2022 | $40.05 | 899,234 | 11/14/2022 | $44.48 | 900,810 |
| | 11/14/2022 | $6.93 | 900,810 | 11/14/2022 | $40.07 | 900,810 |
| | 12/12/2022 | $44.51 | 902,366 | 12/12/2022 | $6.94 | 902,366 |
| | 12/12/2022 | $40.06 | 902,366 | 02/13/2023 | $89.00 | 905,378 |
| | 02/13/2023 | $13.87 | 905,378 | 02/13/2023 | $80.11 | 905,378 |
| | 03/13/2023 | $44.50 | 906,991 | 03/13/2023 | $6.93 | 906,991 |
| | 03/13/2023 | $40.03 | 906,991 | 04/17/2023 | $44.50 | 908,577 |
| | 04/17/2023 | $6.94 | 908,577 | 04/17/2023 | $40.08 | 908,577 |
| | 05/15/2023 | $44.03 | 910,198 | 05/15/2023 | $6.86 | 910,198 |
| | 05/15/2023 | $39.63 | 910,198 | 06/12/2023 | $44.03 | 911,662 |
| | 06/12/2023 | $6.87 | 911,662 | 06/12/2023 | $39.63 | 911,662 |
| | 07/17/2023 | $44.03 | 913,183 | 07/17/2023 | $6.85 | 913,183 |
| | 07/17/2023 | $39.63 | 913,183 | 08/14/2023 | $44.03 | 914,701 |
| | 08/14/2023 | $6.87 | 914,701 | 08/14/2023 | $39.63 | 914,701 |
| | 09/18/2023 | $44.03 | 916,197 | 09/18/2023 | $6.86 | 916,197 |
| | 09/18/2023 | $39.64 | 916,197 | 10/16/2023 | $43.32 | 917,679 |
| | 10/16/2023 | $6.75 | 917,679 | 10/16/2023 | $38.99 | 917,679 |
| | 11/13/2023 | $43.33 | 919,117 | 11/13/2023 | $6.75 | 919,117 |
| | 11/13/2023 | $39.00 | 919,117 | 12/11/2023 | $43.32 | 920,534 |
| | 12/11/2023 | $6.75 | 920,534 | 12/11/2023 | $39.00 | 920,534 |
| | 02/12/2024 | $86.64 | 923,271 | 02/12/2024 | $13.51 | 923,271 |
| | 02/12/2024 | $77.99 | 923,271 | 03/11/2024 | $43.33 | 924,721 |
| | 03/11/2024 | $6.76 | 924,721 | 03/11/2024 | $39.00 | 924,721 |
| | 04/15/2024 | $43.31 | 926,160 | 04/15/2024 | $6.75 | 926,160 |
| | 04/15/2024 | $38.98 | 926,160 | 05/10/2024 | $43.32 | 927,631 |
| | 05/10/2024 | $6.75 | 927,631 | 05/10/2024 | $38.99 | 927,631 |
| | 06/17/2024 | $43.32 | 929,034 | 06/17/2024 | $6.75 | 929,034 |
| | 06/17/2024 | $39.00 | 929,034 | 07/15/2024 | $44.76 | 930,518 |
| | 07/15/2024 | $6.97 | 930,518 | 07/15/2024 | $40.28 | 930,518 |
| | 08/19/2024 | $44.74 | 931,933 | 08/19/2024 | $6.97 | 931,933 |
| | 08/19/2024 | $40.27 | 931,933 | 09/16/2024 | $44.73 | 933,393 |
| | 09/16/2024 | $6.98 | 933,393 | 09/16/2024 | $40.26 | 933,393 |
| | 10/21/2024 | $44.26 | 934,795 | 10/21/2024 | $6.90 | 934,795 |
| | 10/21/2024 | $39.87 | 934,795 | 11/18/2024 | $44.27 | 936,275 |
| | 11/18/2024 | $6.90 | 936,275 | 11/18/2024 | $39.82 | 936,275 |
| | 12/16/2024 | $44.28 | 937,662 | 12/16/2024 | $6.90 | 937,662 |
| | 12/16/2024 | $39.86 | 937,662 | 01/13/2025 | $44.24 | 939,105 |
| | 01/13/2025 | $6.90 | 939,105 | 01/13/2025 | $39.82 | 939,105 |
| | 02/10/2025 | $44.29 | 940,464 | 02/10/2025 | $6.89 | 940,464 |
| | 02/10/2025 | $39.87 | 940,464 | 03/17/2025 | $44.23 | 941,856 |
| | 03/17/2025 | $6.90 | 941,856 | 03/17/2025 | $39.81 | 941,856 |
| | 04/14/2025 | $44.27 | 943,315 | 04/14/2025 | $6.90 | 943,315 |
| | 04/14/2025 | $39.84 | 943,315 | 06/16/2025 | $44.74 | 946,161 |
| | 06/16/2025 | $6.97 | 946,161 | 06/16/2025 | $40.27 | 946,161 |
| | 07/14/2025 | $44.73 | 947,611 | 07/14/2025 | $6.97 | 947,611 |
| | 07/14/2025 | $40.30 | 947,611 | 09/16/2025 | $44.77 | 950,325 |
| | 09/16/2025 | $6.98 | 950,325 | 09/16/2025 | $40.26 | 950,325 |
| | 10/20/2025 | $44.71 | 951,763 | 10/20/2025 | $6.97 | 951,763 |
| | 10/20/2025 | $40.27 | 951,763 | 11/17/2025 | $44.74 | 953,242 |
| | 11/17/2025 | $6.97 | 953,242 | 11/17/2025 | $40.27 | 953,242 |
| | 12/15/2025 | $44.26 | 954,648 | 12/15/2025 | $6.90 | 954,648 |
| | 12/15/2025 | $39.84 | 954,648 | 01/12/2026 | $44.29 | 956,066 |
| | 01/12/2026 | $6.90 | 956,066 | 01/12/2026 | $39.84 | 956,066 |

**Chapter 13 Case # 21-18263**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | |
| | 08/15/2022 | $155.00 | 896,062 | 08/15/2022 | $811.86 | 896,062 |
| | 09/19/2022 | $143.42 | 897,670 | 09/19/2022 | $27.38 | 897,670 |
| | 10/17/2022 | $140.46 | 899,327 | 10/17/2022 | $26.82 | 899,327 |
| | 11/14/2022 | $140.48 | 900,907 | 11/14/2022 | $26.82 | 900,907 |
| | 12/12/2022 | $140.46 | 902,451 | 12/12/2022 | $26.80 | 902,451 |
| | 02/13/2023 | $280.92 | 905,477 | 02/13/2023 | $53.65 | 905,477 |
| | 03/13/2023 | $140.48 | 907,088 | 03/13/2023 | $26.80 | 907,088 |
| | 04/17/2023 | $140.44 | 908,693 | 04/17/2023 | $26.83 | 908,693 |
| | 05/15/2023 | $138.99 | 910,293 | 05/15/2023 | $26.53 | 910,293 |
| | 06/12/2023 | $138.97 | 911,766 | 06/12/2023 | $26.53 | 911,766 |
| | 07/17/2023 | $138.98 | 913,286 | 07/17/2023 | $26.53 | 913,286 |
| | 08/14/2023 | $138.97 | 914,804 | 08/14/2023 | $26.55 | 914,804 |
| | 09/18/2023 | $138.98 | 916,299 | 09/18/2023 | $26.52 | 916,299 |
| | 10/16/2023 | $136.74 | 917,776 | 10/16/2023 | $26.11 | 917,776 |
| | 11/13/2023 | $136.76 | 919,223 | 11/13/2023 | $26.10 | 919,223 |
| | 12/11/2023 | $136.75 | 920,638 | 12/11/2023 | $26.11 | 920,638 |
| | 02/12/2024 | $273.48 | 923,373 | 02/12/2024 | $52.23 | 923,373 |
| | 03/11/2024 | $136.76 | 924,827 | 03/11/2024 | $26.08 | 924,827 |
| | 04/15/2024 | $136.69 | 926,265 | 04/15/2024 | $26.13 | 926,265 |
| | 05/10/2024 | $136.81 | 927,736 | 05/10/2024 | $26.10 | 927,736 |
| | 06/17/2024 | $136.74 | 929,149 | 06/17/2024 | $26.11 | 929,149 |
| | 07/15/2024 | $141.21 | 930,614 | 07/15/2024 | $26.94 | 930,614 |
| | 08/19/2024 | $141.21 | 932,041 | 08/19/2024 | $26.96 | 932,041 |
| | 09/16/2024 | $141.20 | 933,491 | 09/16/2024 | $26.98 | 933,491 |
| | 10/21/2024 | $139.70 | 934,900 | 10/21/2024 | $26.67 | 934,900 |
| | 11/18/2024 | $139.74 | 936,379 | 11/18/2024 | $26.66 | 936,379 |
| | 12/16/2024 | $139.67 | 937,757 | 12/16/2024 | $26.70 | 937,757 |
| | 01/13/2025 | $139.79 | 939,202 | 01/13/2025 | $26.66 | 939,202 |
| | 02/10/2025 | $139.63 | 940,556 | 02/10/2025 | $26.68 | 940,556 |
| | 03/17/2025 | $139.80 | 941,950 | 03/17/2025 | $26.67 | 941,950 |
| | 04/14/2025 | $139.72 | 943,411 | 04/14/2025 | $26.68 | 943,411 |
| | 06/16/2025 | $141.21 | 946,266 | 06/16/2025 | $26.96 | 946,266 |
| | 07/14/2025 | $141.20 | 947,711 | 07/14/2025 | $26.96 | 947,711 |
| | 09/16/2025 | $141.19 | 950,422 | 09/16/2025 | $26.96 | 950,422 |
| | 10/20/2025 | $141.22 | 951,864 | 10/20/2025 | $26.94 | 951,864 |
| | 11/17/2025 | $141.21 | 953,334 | 11/17/2025 | $26.96 | 953,334 |
| | 12/15/2025 | $139.71 | 954,743 | 12/15/2025 | $26.69 | 954,743 |
| | 01/12/2026 | $139.71 | 956,152 | 01/12/2026 | $26.67 | 956,152 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 08/15/2022 | $161.31 | 8,002,997 | 09/19/2022 | $28.50 | 8,003,048 |
| | 10/17/2022 | $27.91 | 8,003,103 | 11/14/2022 | $27.90 | 8,003,148 |
| | 12/12/2022 | $27.91 | 8,003,201 | 02/13/2023 | $55.81 | 8,003,309 |
| | 03/13/2023 | $27.91 | 8,003,367 | 04/17/2023 | $27.90 | 8,003,414 |
| | 05/15/2023 | $27.62 | 8,003,472 | 06/12/2023 | $27.61 | 8,003,529 |
| | 07/17/2023 | $27.61 | 8,003,582 | 08/14/2023 | $27.61 | 8,003,637 |
| | 09/18/2023 | $27.61 | 8,003,690 | 10/16/2023 | $27.19 | 8,003,749 |
| | 11/13/2023 | $27.15 | 8,003,806 | 12/11/2023 | $27.17 | 8,003,859 |
| | 02/12/2024 | $54.36 | 8,003,947 | 03/11/2024 | $27.14 | 8,003,991 |
| | 04/15/2024 | $27.19 | 8,004,035 | 05/10/2024 | $27.17 | 8,004,082 |
| | 06/17/2024 | $27.17 | 8,004,126 | 07/15/2024 | $28.04 | 8,004,169 |
| | 08/19/2024 | $28.06 | 8,004,210 | 09/16/2024 | $28.05 | 8,004,251 |
| | 10/21/2024 | $27.78 | 8,004,295 | 11/18/2024 | $27.75 | 8,004,336 |
| | 12/16/2024 | $27.75 | 8,004,376 | 01/13/2025 | $27.77 | 8,004,416 |
| | 02/10/2025 | $27.76 | 8,004,458 | 03/17/2025 | $27.76 | 8,004,499 |
| | 04/14/2025 | $27.76 | 8,004,542 | 06/16/2025 | $28.06 | 8,004,619 |
| | 07/14/2025 | $28.05 | 8,004,662 | 09/16/2025 | $28.05 | 8,004,743 |
| | 10/20/2025 | $28.06 | 8,004,785 | 11/17/2025 | $28.06 | 8,004,824 |
| | 12/15/2025 | $27.76 | 8,004,864 | 01/12/2026 | $27.76 | 8,004,905 |

**Chapter 13 Case # 21-18263**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 02/14/2022 | $210.00 | 885,271 | 03/14/2022 | $570.00 | 887,010 |
| | 04/18/2022 | $187.79 | 888,664 | | | |
| WELLS FARGO CARD SERVICES | | | | | | |
| | 08/15/2022 | $720.11 | 896,870 | 08/15/2022 | $734.79 | 896,870 |
| | 09/19/2022 | $127.21 | 898,560 | 09/19/2022 | $129.81 | 898,560 |
| | 10/17/2022 | $124.58 | 900,155 | 10/17/2022 | $127.12 | 900,155 |
| | 11/14/2022 | $124.60 | 901,730 | 11/14/2022 | $127.13 | 901,730 |
| | 12/12/2022 | $124.58 | 903,248 | 12/12/2022 | $127.12 | 903,248 |
| | 02/13/2023 | $249.17 | 906,334 | 02/13/2023 | $254.25 | 906,334 |
| | 03/13/2023 | $124.60 | 907,904 | 03/13/2023 | $127.15 | 907,904 |
| | 04/17/2023 | $124.57 | 909,566 | 04/17/2023 | $127.11 | 909,566 |
| | 05/15/2023 | $123.27 | 911,052 | 05/15/2023 | $125.78 | 911,052 |
| | 06/12/2023 | $123.26 | 912,565 | 06/12/2023 | $125.78 | 912,565 |
| | 07/17/2023 | $123.28 | 914,091 | 07/17/2023 | $125.79 | 914,091 |
| | 08/14/2023 | $123.26 | 915,559 | 08/14/2023 | $125.77 | 915,559 |
| | 09/18/2023 | $123.27 | 917,092 | 09/18/2023 | $125.79 | 917,092 |
| | 10/16/2023 | $121.28 | 918,524 | 10/16/2023 | $123.76 | 918,524 |
| | 11/13/2023 | $121.31 | 919,967 | 11/13/2023 | $123.77 | 919,967 |
| | 12/11/2023 | $121.29 | 921,367 | 12/11/2023 | $123.76 | 921,367 |
| | 02/12/2024 | $242.57 | 924,156 | 02/12/2024 | $247.52 | 924,156 |
| | 03/11/2024 | $121.30 | 925,571 | 03/11/2024 | $123.77 | 925,571 |
| | 04/15/2024 | $121.32 | 927,078 | 04/15/2024 | $123.79 | 927,078 |
| | 05/10/2024 | $121.27 | 928,451 | 05/10/2024 | $123.75 | 928,451 |
| | 06/17/2024 | $121.29 | 929,968 | 06/17/2024 | $123.76 | 929,968 |
| | 07/15/2024 | $125.25 | 931,337 | 07/15/2024 | $127.80 | 931,337 |
| | 08/19/2024 | $125.25 | 932,848 | 08/19/2024 | $127.80 | 932,848 |
| | 09/16/2024 | $125.24 | 934,200 | 09/16/2024 | $127.79 | 934,200 |
| | 10/21/2024 | $123.91 | 935,712 | 10/21/2024 | $126.44 | 935,712 |
| | 11/18/2024 | $123.95 | 937,109 | 11/18/2024 | $126.47 | 937,109 |
| | 12/16/2024 | $123.89 | 938,527 | 12/16/2024 | $126.49 | 938,527 |
| | 01/13/2025 | $123.97 | 939,939 | 01/13/2025 | $126.39 | 939,939 |
| | 02/10/2025 | $123.93 | 941,280 | 02/10/2025 | $126.50 | 941,280 |
| | 03/17/2025 | $123.92 | 942,752 | 03/17/2025 | $126.45 | 942,752 |
| | 04/14/2025 | $123.93 | 944,159 | 04/14/2025 | $126.46 | 944,159 |
| | 06/16/2025 | $125.25 | 947,053 | 06/16/2025 | $127.80 | 947,053 |
| | 07/14/2025 | $125.24 | 948,491 | 07/14/2025 | $127.79 | 948,491 |
| | 09/16/2025 | $125.23 | 951,155 | 09/16/2025 | $127.79 | 951,155 |
| | 10/20/2025 | $125.27 | 952,654 | 10/20/2025 | $127.81 | 952,654 |
| | 11/17/2025 | $125.25 | 954,065 | 11/17/2025 | $127.80 | 954,065 |
| | 12/15/2025 | $123.92 | 955,492 | 12/15/2025 | $126.45 | 955,492 |
| | 01/12/2026 | $123.92 | 956,885 | 01/12/2026 | $126.45 | 956,885 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,769.85 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,938.28 | * | 718.00 | |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 833.28 | * | 308.67 | |
| 0003 | DISCOVER BANK | UNSECURED | 16,875.85 | * | 6,251.26 | |
| 0004 | HOME DEPOT CREDIT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0008 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRI | 967.79 | 100.00% | 967.79 | |
| 0010 | WELLS FARGO CARD SERVICES | UNSECURED | 14,968.43 | * | 5,544.71 | |
| 0013 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0014 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,499.02 | * | 555.28 | |
| 0015 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 5,346.54 | * | 1,980.51 | |

**Chapter 13 Case # 21-18263**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0016 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,352.95 | * | 1,242.03 | |
| 0017 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 4,812.52 | * | 1,782.68 | |
| 0018 | DISCOVER BANK | UNSECURED | 3,221.88 | * | 1,193.47 | |
| 0019 | WELLS FARGO CARD SERVICES | UNSECURED | 15,273.61 | * | 5,657.75 | |

**Total Paid: $29,472.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $30,600.00 - Paid to Claims: $26,202.15 - Admin Costs Paid: $3,269.85 = Funds on Hand: $1,128.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.